IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **DANIEL LEE MITCHELL,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. CIV 22-369-RAW-KEW |
| | ) | |
| **JASON CHENNAULT, Cherokee County Sheriff, and SARA HILL, Cherokee Nation Attorney General,** | ) ) ) | |
| | ) | |
| Respondent. | ) | |

**OPINION AND ORDER**
**DENYING MOTION FOR APPOINTMENT OF COUNSEL**

Petitioner has filed a motion requesting the Court to appoint counsel (Dkt. 7). He bears the burden of convincing the Court that his claim has sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Petitioner's claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

**ACCORDINGLY,** Petitioner's motion for appointment of counsel (Dkt. 7) is DENIED.

**IT IS SO ORDERED** this 17th day of January 2023.

*/s/ Ronald A. White*
_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE